No. 92–6959.  GRAY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6961.  RUIZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–6963.  DURLING *v.* CHAIRMAN, MASSACHUSETTS PAROLE BOARD ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 92–6964.  WILLIAMS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–6965.  MYLO *v.* BOARD OF EDUCATION OF BALTIMORE COUNTY.  C. A. 4th Cir.  Certiorari denied.

No. 92–6966.  MOSES *v.* CARNES.  C. A. 6th Cir.  Certiorari denied.

No. 92–6967.  PRENZLER *v.* KLEINMAN.  C. A. 9th Cir.  Certiorari denied.

No. 92–6968.  LYLE *v.* SAGINAW CIRCUIT JUDGE ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 92–6969.  ARAFILES *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 92–6970.  FARLEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–6972.  GOODMAN *v.* GOODMAN.  Super. Ct. Dougherty County, Ga.  Certiorari denied.

No. 92–6974.  WRIGHT *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–6975.  HOLMES *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 92–6976.  BURNS *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Los Angeles.  Certiorari denied.

No. 92–6978.  FIELDS *v.* CITY OF WEST PALM BEACH, FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.